PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ROOSEVELT JOHNSON


R. LAWRENCE BRAGG, Esq.
VITALE & LOWE
3249 Quality Drive, Suite 200
Rancho Cordova, CA 95670-6098
Telephone:  916/851-3750
Facsimile:   916/851-3770

Attorneys for Defendants
PD HOTEL ASSOCIATES, LLC
dba RADISSON HOTEL SACRAMENTO, and
DOW PRE II, LLC

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT JOHNSON,<br><br>         Plaintiff,<br><br>v.<br><br>PD HOTEL ASSOCIATES, LLC, a California limited liability company dba RADISSON HOTEL SACRAMENTO; DOW PRE II, LLC, a Delaware limited liability company; and DOES 1-10, Inclusive,<br><br>         Defendants.<br>_____/ | Case No. 2:10-cv-1407 JAM-DAD<br><br>Civil Rights<br><br><br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND CORRESPONDING PRE-TRIAL DEADLINES TO FACILITATE SETTLEMENT** |

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE TRIAL DATE AND
CORRESPONDING PRE-TRIAL DEADLINES
Case No. 2:10-cv-1407 JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

## **STIPULATION**

Plaintiff ROOSEVELT JOHNSON ("Plaintiff") filed a Complaint in this action on June 8, 2010 to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 *et seq.*, and California civil rights laws against defendants PD HOTEL ASSOCIATES, LLC dba RADISSON HOTEL SACRAMENTO and DOW PRE II, LLC (together referred to as "Defendants").

Plaintiff and Defendants have recently settled injunctive relief issues in this case and are engaged in continuing settlement negotiations with respect to Plaintiff's claims for monetary relief.

In aid of efforts to settle Plaintiff's monetary relief claims, Plaintiff and Defendants are requesting by a concurrently-filed stipulation that this Court schedule a settlement conference.

On the basis of the foregoing continued and substantial settlement activity, the parties request that this Court continue for an approximate five (5) month period the trial date in this matter and all corresponding pre-trial deadlines set in this Court's Status (Pre-trial Scheduling) Order, filed on December 10, 2010 ("Scheduling Order"), including those concerning discovery, expert disclosures, motion hearing schedule, and final pretrial conference.  Per the Scheduling Order, the currently set dates are as follows:

| | |
|---|---|
| Expert Witness Disclosures: | July 15, 2011 |
| Rebuttal Expert Witness Disclosures: | July 22, 2011 |
| Discovery Completion: | September 13, 2011 |
| Dispositive Motions (filed by): | October 19, 2011 |
| Dispositive Motions (heard by): | November 16, 2011 |
| Trial: | January 13, 2012 |

- 2 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE TRIAL DATE AND
CORRESPONDING PRE-TRIAL DEADLINES
Case No. 2:10-cv-1407 JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties have been working diligently and in good faith toward
2  investigating and responding to the issues raised in Plaintiff's Complaint.  The
3  requested continuance will allow the parties adequate time to continue good faith
4  efforts to consummate settlements of Plaintiff's claims against Defendants in this
5  matter.  The requested continuance would also allow any remaining issues to be
6  mediated at a settlement conference.

7  The parties respectfully submit that continuance of all of these dates is in the
8  best interests of the parties and the Court to continue pursuit of the pending
9  settlement efforts without incurring substantial attorneys' fees and expert costs
10 through the discovery and pretrial motion process.  Rather than proposing specific,
11 new dates, the parties will accept the Court's discretion in continuing and resetting
12 these dates to a timeframe approximately five (5) months from the currently-
13 scheduled dates.

15 **IT IS SO STIPULATED.**

17 Dated: July 6, 2011                                   LAW OFFICES OF PAUL L. REIN

18                                                                      /s/ Catherine M. Cabalo
19                                                                 By:  Catherine M. Cabalo, Esq.
                                                                   Attorneys for Plaintiff
20                                                                 ROOSEVELT JOHNSON

22 Dated: July 6, 2011                                   VITALE & LOWE

25                                                                      /s/ R. Lawrence Bragg
26                                                                 By:  R. Lawrence Bragg, Esq.
                                                                   Attorneys for Defendants

- 3 -

28 STIPULATION AND [PROPOSED] ORDER
TO CONTINUE TRIAL DATE AND
CORRESPONDING PRE-TRIAL DEADLINES
Case No. 2:10-cv-1407 JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

<a>
<s>
</s>
</a>

<p>

</p>

<b>
</b>

PD HOTEL ASSOCIATES, LLC dba RADISSON HOTEL SACRAMENTO, and DOW PRE II, LLC

# **ORDER**

Good cause having been shown, the Court grants the parties' stipulation and request to continue for five (5) months all Scheduling Order deadlines not yet passed in this case and sets new dates as follows:

| | |
|---|---|
| Expert Witness Disclosures: | January 13, 2012_____ |
| Rebuttal Expert Witness Disclosures: | January 20, 2012_____ |
| Discovery Completion: | March 7, 2012_____ |
| Dispositive Motions (filed by): | April 18, 2012_____ |
| Dispositive Motions (heard by): | May 16, 2012 at 9:30 a.m.___ |
| Joint pretrial statement due: | June 15, 2012_____ |
| Final pretrial conference: | June 22, 2012 at 11:00 a.m.__ |
| Jury Trial: | July 30, 2012 at 9:00 a.m.___ |

All other requirements of the Scheduling Order shall remain as written.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 7, 2011    /s/ John A. Mendez_____
    Honorable JOHN A. MENDEZ
    United States District Court Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE TRIAL DATE AND
CORRESPONDING PRE-TRIAL DEADLINES
Case No. 2:10-cv-1407 JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com