1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  510/832-5001
   Facsimile:    510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   ROOSEVELT JOHNSON
7

8  R. LAWRENCE BRAGG, Esq.
   VITALE & LOWE
9  3249 Quality Drive, Suite 200
   Rancho Cordova, CA 95670-6098
10 Telephone:  916/851-3750
   Facsimile:    916/851-3770
11
   Attorneys for Defendants
12 PD HOTEL ASSOCIATES, LLC
   dba RADISSON HOTEL SACRAMENTO, and
13 DOW PRE II, LLC

14
                    IN THE UNITED STATES DISTRICT COURT
15        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

16

17 ROOSEVELT JOHNSON,              CASE NO. 2:10-cv-1407 JAM-DAD

18       Plaintiff,                <u>Civil Rights</u>

19
   v.
20                                 **STIPULATION AND ORDER TO
                                   SET SETTLEMENT CONFERENCE**
21 PD HOTEL ASSOCIATES, LLC, a
   California limited liability company
22 dba RADISSON HOTEL
   SACRAMENTO; DOW PRE II, LLC,
23 a Delaware limited liability company;
   and DOES 1-10, INCLUSIVE,
24
         Defendants.
25 _____/

26       Plaintiff ROOSEVELT JOHNSON ("Plaintiff") and Defendants PD

27 HOTEL ASSOCIATES, LLC dba RADISSON HOTEL SACRAMENTO and

28 DOW PRE II, LLC (together sometimes "Defendants"), by and through their

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:10-cv-1407 JAM-DAD         -1-         C:\Documents and Settings\HVine\Desktop\10cv1407.o.71511.wpd

1  respective counsel, jointly stipulate and request through their attorneys of record
2  as follows:
3  　　　　The parties have recently settled injunctive relief aspects of this case
4  and will be filing a Consent Decree and Proposed Order reflecting this settlement.
5  The parties believe that there is a good likelihood that the assistance of an
6  experienced magistrate judge would contribute to an early settlement of the
7  remaining issues of damages, attorneys' fees, litigation expenses, and costs.
8  　　　　Based on the above, the parties hereby agree and stipulate to a
9  settlement conference being set in this case before assigned Magistrate Judge
10 Dale A. Drozd as soon as possible.  Pursuant to Local Rule 270(b), the parties
11 expressly waive any claim of disqualification and agree to have Judge Drozd
12 continue to act as Magistrate in this action thereafter.

**IT IS SO STIPULATED.**

Dated: July 6, 2011　　　　　　　LAW OFFICES OF PAUL L. REIN

　　　　　　　　　　　　　　　　 /s/ Catherine M. Cabalo
　　　　　　　　　　　　　　　　By: CATHERINE M. CABALO
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　ROOSEVELT JOHNSON


Dated: July 6, 2011　　　　　　　VITALE & LOWE

　　　　　　　　　　　　　　　　 /s/ R. Lawrence Bragg
　　　　　　　　　　　　　　　　By: R. LAWRENCE BRAGG
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　PD HOTEL ASSOCIATES, LLC
　　　　　　　　　　　　　　　　dba RADISSON HOTEL SACRAMENTO, and
　　　　　　　　　　　　　　　　DOW PRE II, LLC

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:10-cv-1407 JAM-DAD　　　　-2-　　　　C:\Documents and Settings\HVine\Desktop\10cv1407.o.71511.wpd

# ORDER

Good cause having been shown, the Court grants the parties' stipulation and request to set a settlement conference in this case on October 20, 2011 at 10:00 a.m. with Magistrate Judge Dale A. Drozd.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/15/2011

/s/ John A. Mendez
Honorable JOHN A. MENDEZ
United States District Court Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:10-cv-1407 JAM-DAD

−3−

C:\Documents and Settings\HVine\Desktop\10cv1407.o.71511.wpd